UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. _07cR2921-BTM_ |
| Plaintiff | ) | _07mj24408_ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| FTuc L MIGUEL Lo7ANo-LofcZ (1) | ) | |
| Jesus RcycS - Buciu (2) | ) | Booking No. |
| Defendant(s) | ) | |

**Leo S. Papas**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:    (Bond Posted / Case Disposed / Order of Court).

CRISTOBAL VARGAS — BAEZ

DATED: __10/30/07__

RECEIVED _____
                    DUSM

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by        J. JARABEK

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082