UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Fidel Miguel Lozano-Lopez (1) )<br>Jesus Reyes-Burio (2) )<br>Defendant(s) )<br>_____ ) | 07CR2921-BTM<br>CRIMINAL NO. 07mj2408<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

Jose Humberto Musqueda - Gomez

DATED: 10/30/07

RECEIVED _____ DUSM

**Leo S. Papas**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
   by
         **J. JARABEK**
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                              ☆ U.S. GPO: 2003-581-774/70082